IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GLOBAL OPTIONS, INC.,
75 Rockefeller Plaza,
27th Floor,
New York, NY 10019,

    Plaintiff,

v.

NEIL LIVINGSTONE
700 New Hampshire Avenue,
Washington, D.C. 20037,

    Defendant.

Case: 1:07-cv-00608
Assigned To : Friedman, Paul L.
Assign. Date : 3/30/2007
Description: GLOBAL OPTIONS V. LIVII

## MOTION FOR A PRELIMINARY INJUNCTION

COMES NOW plaintiff GlobalOptions, by and through counsel, and respectfully moves this Court to issue a Preliminary Injunction pursuant to Rule 65(b) of the Federal Rules of Civil Procedure against defendant Neil Livingstone. As grounds therefore, plaintiff relies on and incorporates by reference his Memorandum in Support of a Temporary Restraining Order and plaintiff's Declaration of March 29, 2007.

Wherefore, plaintiff requests that a Preliminary Injunction be entered requiring defendant Neil Livingstone to cease and desist from any further solicitations of any present or perspective clients, customers or accounts of GlobalOptions; to cease and desist from offering services provided by GlobalOptions; and to cease and desist from publishing disparaging and defamatory statements concerning GlobalOptions, and that



within ten calendar days of this Order, an affidavit be filed with this Court demonstrating compliance. Plaintiff requests that bond be waived or set in a de minimus amount.

Respectfully submitted,

*Brian W Shaughnessy*
Brian W. Shaughnessy, DCN 89946
913 M Street, NW
Suite 101
Washington, DC 20001
(202) 842-1700

Attorney for the Plaintiff
Global Options, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL OPTIONS, INC.,<br>75 Rockefeller Plaza,<br>27th Floor,<br>New York, NY 10019,<br><br>Plaintiff,<br><br>v.<br><br>NEIL LIVINGSTONE<br>700 New Hampshire Avenue,<br>Washington, D.C. 20037,<br><br>Defendant. | Case No. _____ |

**MEMORANDUM IN SUPPORT OF MOTION
FOR A PRELIMINARY INJUNCTION**

COMES NOW Plaintiff GlobalOptions, Inc. by and through counsel, in support of his Motion for a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65, requiring the defendant to cease and desist from any further solicitations of any present or perspective clients, customers or accounts of GlobalOptions; to cease and desist from offering services provided by GlobalOptions; and to cease and desist from publishing disparaging and defamatory statements concerning GlobalOptions, plaintiff relies on his Memorandum in Support of Motion for a Temporary Restraining Order and his Declaration filed herewith, incorporated by reference herein.

Respectfully submitted,

_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW
Suite 101
Washington, DC 20001
(202) 842-1700

Attorney for the Plaintiff
Global Options, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLOBAL OPTIONS, INC.,
75 Rockefeller Plaza,
27th Floor,
New York, NY 10019,

    Plaintiff,

    v.

NEIL LIVINGSTONE
700 New Hampshire Avenue,
Washington, D.C. 20037,

    Defendant.

Case No. _____

**PRELIMINARY INJUNCTION**

Upon consideration of plaintiff GlobalOption Inc.'s Motion for a Preliminary Injunction, any response thereto and the entire record herein, it is this ___ day of_____, 2007, and the Court having found that:

    1.    Plaintiff will suffer irreparable harm and loss if defendant is not required to required to cease and desist from any further solicitations of any present or perspective clients, customers or accounts of GlobalOptions; to cease and desist from offering services provided by GlobalOptions; and to cease and desist from publishing disparaging and defamatory statements concerning GlobalOptions;

    2.    Plaintiff has no adequate remedy at law;

3. Greater injury will be inflicted upon plaintiff by the denial of temporary injunctive relief than would be inflicted upon defendant by the granting of such relief; and,

4. The public interest favors the issuance of this order; it is this _____ day of _____, 2007,

**ORDERED** that defendants are preliminarily enjoined, directly or indirectly, and whether alone or in concert with others, including any officer, agent, representative and/or employee of defendant until hearing and thereafter until further Order of this Court from;

1. Making any further solicitations of any present or prospective clients, customers or accounts of Global Options;

2. Offering services provided by GlobalOptions; and

3. Publishing disparaging and defamatory statements concerning GlobalOptions' operation of its business and its protection of the privacy of its clients and cases; and it is further,

**ORDERED** that this Order shall remain in force and effect until such time as this Court specifically orders otherwise.

_____
DISTRICT JUDGE