UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GLOBALOPTIONS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-0608 (PLF) |
| NEIL LIVINGSTONE, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

On March 30, 2007, plaintiff simultaneously filed its complaint, a motion for temporary restraining order, and a motion for preliminary injuction.  On April 2, 2007, the Court held a conference call with counsel for the plaintiff and the defendant Neil Livingstone.  In the conference call, Mr. Livingstone represented to this Court that he will not send any further solicitations or informational letters to any present or prospective clients of GlobalOptions and that he will refrain from making any statements concerning GlobalOptions' protection of the privacy of its clients and cases until such time as this matter can be resolved by the Court. Counsel for plaintiff stated that these representations were satisfactory in lieu of a temporary restraining order.  Accordingly, it is hereby

ORDERED that plaintiff's motion for temporary restraining order is DENIED in view of the parties' representations to this Court;  it is

FURTHER ORDERED that the defendant shall file his opposition to the motion for preliminary injunction or before April 11, 2007 at 10 a.m.; it is

   FURTHER ORDERED that a hearing on the motion for preliminary injuction is set for April 12, 2007 at 10:00 a.m.; and it is

   FURTHER ORDERED that the parties are reminded that they may request of the Court at any time assistance in settlement from a magistrate judge.

   SO ORDERED.

              _____/s/_____
              PAUL L. FRIEDMAN
              United States District Judge

DATE: April 2, 2007