UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL OPTIONS INC., | : |
| | : |
|    Plaintiff, | : |
| | : |
|             v. | :   1:07-cv-00608 (PLF) |
| | : |
| NEIL LIVINGSTONE, | : |
| | : |
|    Defendant. | : |
| | : |

NOTICE OF ENTRY OF APPEARANCE

The Court will please enter the appearance of Richard D. Heideman as counsel for the Defendant to receive electronic notifications in the above referenced matter through the Court's ECF filing system.

Dated: April 10, 2007        Respectfully Submitted,

                                      HEIDEMAN NUDELMAN
                                        & KALIK P.C.
                                      1146 19th Street, 5th Floor
                                      Washington, DC  20036
                                      Telephone: 202-463-1818
                                      Telefax: 202-463-2999

                                      By:  /s/ *Richard D. Heideman*
                                           Richard D. Heideman (No. 377462)
                                           Noel J. Nudelman (No. 449969)
                                           Tracy Reichman Kalik (No. 462055)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of April, 2007 a copy of the forgoing was served via the ECF filing system of the United States District Court for the District of Columbia on counsel for the Defendant:

Brian W. Shaugnessy, Esq.
913 M Street, NW
Suite 101
Washington, DC  20001

                                                   _/s/Richard D. Heideman___
                                                 Richard D. Heideman