UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL OPTIONS INC., | : |
| Plaintiff, | : |
| v. | : 1:07-cv-00608 (PLF) |
| NEIL LIVINGSTONE, | : |
| Defendant. | : |

**MOTION FOR EXTENSION OF TIME**

COMES NOW, the Defendant, by and through counsel, and hereby files this Motion for an Extension of Time to respond to Plaintiff's Motion for Preliminary Injunction. In support of this motion, Defendant states as follows:

1. On 2 April 2007 this Court entered an Order denying Plaintiff's Motion for a Temporary Restraining Order and requiring Defendant to respond to Plaintiff's Motion for a Preliminary Injunction on or before April 11, 2007. The Court also set a hearing for the Motion for Preliminary Injunction on April 12, 2007 at 10:00 a.m.

2. Defendant did not meet and retain his counsel until Thursday, April 5, 2007.

3. Defense counsel is currently in the process of reviewing all relevant documents and interviewing all key witnesses, so that they may fully and completely respond to the allegations brought forth in Plaintiff's

        Motion and Complaint. The additional time is needed to complete this necessary review.

4. Defense counsel contacted counsel for the Plaintiff and has requested approximately two additional weeks to file their Opposition to the Motion for Preliminary Injunction. In addition, Defendant requested an additional two weeks to respond to the Complaint that was filed.

5. Counsel for the Plaintiff has indicated that he does not oppose the Defendant filing a motion to seek additional time, but is not consenting to Defendant's request for additional time. Rather, Plaintiff's counsel indicated that he would present Defendant's proposal to his client, but as of the filing of this motion, Plaintiff's counsel has not indicated to the undersigned counsel that Plaintiff has consented to the additional time being granted by the Court.

6. In making this motion, Defendant continues represent that he will abide by the representations made to this Court on March 30, 2007 and that are reflected in the Court's April 2, 2007 Order.

WHEREFORE for the reasons set forth above, Defendant hereby requests that the following extensions of time be granted by the Court:

1. Defendant will have until April 27, 2007 to file his Opposition to Plaintiff's Motion for Preliminary Injunction;

2. The hearing currently set for April 12, 2007 at 10:00 be continued by the Court to a date after May 4, 2007; and

3.   Defendant will have until May 4, 2007 to Answer or otherwise plead in response to Plaintiff's Complaint.


Dated: April 10, 2007                                  Respectfully Submitted,

                                                       HEIDEMAN NUDELMAN
                                                        & KALIK, P.C.
                                                       1146 19th Street, N.W., Fifth Floor
                                                       Washington, DC 20036
                                                       Telephone: 202-463-1818
                                                       Facsimile: 202-463-2999

                                                       By: _/s/ Tracy Reichman Kalik_____
                                                          Richard D. Heideman (No. 377462)
                                                          Noel J. Nudelman (No. 449969)
                                                          Tracy Reichman Kalik (No. 462055)


## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of April, 2007 a copy of the forgoing was served via the ECF filing system of the United States District Court for the District of Columbia on counsel for the Defendant:

Brian W. Shaugnessy, Esq.
913 M Street, NW
Suite 101
Washington, DC  20001

                                                        _/s/Tracy Reichman Kalik____
                                                        Tracy Reichman Kalik

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GLOBAL OPTIONS INC., | : | |
| Plaintiff, | : | |
| v. | : | 1:07-cv-00608 (PLF) |
| NEIL LIVINGSTONE, | : | |
| Defendant. | : | |

### ORDER

This matter having come before the Court on Defendant's Motion for an Extension of Time, and the Court having been sufficiently advised;

IT IS HEREBY OREDERED and ADJUDGED that Defendant's Motion for an Extension of Time is hereby GRANTED.

IT IS OREDERED that Defendant will have until April 27, 2007 to file his Opposition to Plaintiff's Motion for Preliminary Injunction; and

IT IS FURTHER OREDERED that Defendant will have until May 4, 2007 to Answer or otherwise plead in response to Plaintiff's Complaint; and

IT IS FURTHER ORDERED that the hearing currently set for April 12, 2007 at 10:00 will be continued to _____, 2007 at _____ a.m./p.m.; and

Defendant is hereby Ordered to continue to abide by the representations that he made to the Court on March 30, 2007 and which are contained in the Court's April 2, 2007 Order.

IT IS SO ORDERED this the _____ day of April, 2007.

_____
Hon. Paul L. Friedman
United States District Court