IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLOBAL OPTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**NEIL LIVINGSTONE**<br><br>**Defendant.** | Case No. 1:07-cv-00608 (PLF) |

## RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME

COMES NOW plaintiff GlobalOptions, by and through counsel, and responds to defendant Livingstone's Motion for Extension of Time as follows:

1. Defendant's time for his response to plaintiff's motion for injunctive relief was deferred to April 11, 2007 because his attorney was out of the country and the hearing on the preliminary injunction was set for April 12, 2007.

2. On Monday April 9, 2007, defense counsel explained that he needed more time to respond to plaintiff's motion and plaintiff stated that he probably would agree, but counsel wanted to seek his client's consent.

3. Plaintiff consents to deferring defendant's timelines as follows:

    a. Time for opposition extended to April 23, 2007.

    b. Time for hearing extended to April 24, 2007 or April 25, 2007. We understand defendant may have elective surgery on April 26.

    c. Time to answer or otherwise plead to the complaint extended until May 4, 2007 as defendant has requested.

4.	Plaintiff's consent is given based on defendant's representation that he will continue to honor his representations made to the Court, which were embodied in the Order of April 2, 2007.

WHEREFORE, plaintiff consents to defendant's request for an extension as follows:

 a.	Time for opposition extended to April 23, 2007.

 b.	Time for hearing extended to April 24, 2007 or April 25, 2007.

 c.	Time to answer or otherwise plead to the complaint extended until May 4, 2007 as defendant has requested.

                Respectfully submitted,

                _____/s/_____
                Brian W. Shaughnessy, DCN 89946
                913 M Street, NW
                Suite 101
                Washington, DC  20001
                (202) 842-1700

Dated April 10, 2007        Attorney for the Plaintiff
                Global Options, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of April 2007, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to AUSA John F Henault, 555 Fourth Street, NW, Washington, DC  20001.

                _____/s/_____
                Brian W. Shaughnessy