UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL OPTIONS INC., | : |
| Plaintiff, | : |
| v. | : 1:07-cv-00608 (PLF) |
| NEIL LIVINGSTONE, | : |
| Defendant. | : |

NOTICE OF ENTRY OF APPEARANCE

The Court will please enter the appearance of Noel J. Nudelman as additional counsel for the Defendant to receive electronic notifications in the above referenced matter through the Court's ECF filing system.

Dated:  April 18, 2007            Respectfully Submitted,

HEIDEMAN NUDELMAN
 & KALIK P.C.
1146 19th Street, 5th Floor
Washington, DC  20036
Telephone:  202-463-1818
Telefax:  202-463-2999

By:   /s/ *Noel J. Nudelman*
     Richard D. Heideman (No. 377462)
     Noel J. Nudelman (No. 449969)
     Tracy Reichman Kalik (No. 462055)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 18th day of April, 2007 a copy of the forgoing was served via the ECF filing system of the United States District Court for the District of Columbia on counsel for the Defendant:

Brian W. Shaugnessy, Esq.
913 M Street, NW
Suite 101
Washington, DC  20001

                                                 _/s/Noel J. Nudelman_
                                                   Noel J. Nudelman