UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL OPTIONS INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : 1:07-cv-00608 (PLF) |
| | : |
| NEIL LIVINGSTONE, | : |
| | : |
| Defendant. | : |
| | : |

PARTIES JOINT STATUS REPORT

COME NOW the Parties, Global Options, Inc. and Neil Livingstone, by and through their respective counsel, and pursuant to this Court's Order of April 25, 2007 hereby file the following Joint Status Report.

The parties are continuing to work together to resolve all issues pending before the Court. The parties will file a further status report or other pleadings by 5:00 p.m. on Wednesday, May 30, 2007 at which time they will advise the Court if the status conference presently scheduled for 10:00 a.m. on Thursday, May 31, 2007 will be necessary.

Dated:  May 25, 2007          Respectfully Submitted,

                              HEIDEMAN NUDELMAN
                               & KALIK P.C.
                              1146 19th Street, 5th Floor
                              Washington, DC  20036
                              Telephone:  202-463-1818
                              Telefax:  202-463-2999

                              By:   /s/ *Tracy Reichman Kalik*
                                  Richard D. Heideman (No. 377462)
                                  Noel J. Nudelman (No. 449969)
                                  Tracy Reichman Kalik (No. 462055)

Counsel for the Defendant

Brian W. Shaugnessy, Esq.
913 M Street, NW
Suite 101
Washington, DC  20001

By:___/s/Brian W. Shaugnessy____
         Brian W. Shaugnessy

Counsel for the Plaintiff