IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBALOPTIONS, INC )<br>)<br>PLAINTIFF, )<br>v. )<br>)<br>NEIL LIVINGSTONE )<br>)<br>DEFENDANT. ) | <br><br><br><br><br><br>CIVIL ACTION NO.<br>1:07-cv-00608 |

## STIPULATION AS TO DISMISSAL

The Plaintiff, GlobalOptions, Inc, and the Defendant, Neil Livingstone, by and through counsel, hereby agree and stipulate as follows:

1. That this matter be dismissed with prejudice.

2. That each party shall pay their own respective costs and attorneys fees.


June 4, 2007                         HAVE SEEN AND AGREED TO:

HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, N.W., Fifth Floor
Washington, D.C. 20036
Telephone: (202) 463-1818
Telefax: (202) 462-2999

By: ___/s/Richard D. Heideman____
    ___/s/Tracy Reichman Kalik____
    Richard D. Heideman (No. 377462)
    Tracy Reichman Kalik (No. 462055)

Counsel for Defendant

___/s/Brian W. Shaughnessy_____
Brian W. Shaughnessy, Esq
913 M Street, NW
Suite 101
Washington DC 20001

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GLOBALOPTIONS, INC | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEIL LIVINGSTONE | ) | |
| | ) | CIVIL ACTION NO. |
| DEFENDANT. | ) | 1:07-cv-00608 |

## **TENDERED ORDER OF DISMISSAL**

This matter having come before the Court on a Stipulation as to Dismissal, and the Court having been sufficiently advised, it is hereby ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.  Each party shall pay their own costs and attorneys fees.

IT IS SO ORDERED on this the ____ day of _____, 2007.

_____
Judge Paul L. Friedman
United States District Court

Copies To:

Richard D. Heideman, Esq.
HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, N.W.
Fifth Floor
Washington, D.C.  20036
Telephone:  (202) 463-1818
Telefax:  (202) 462-2999

Counsel for the Defendants


Brian W. Shaughnessy, Esq
913 M Street, NW
Suite 101
Washington DC 20001
Telephone:
Telefax:

Counsel for the Plaintiff